UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UPTOWN GRILL, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-6560 c/w 14-810; 14-837** |
| **MICHAEL LOUIS SHWARTZ, ET AL** | **SECTION: "H"(4)**<br>**(Applies to 14–810 & 14–837)** |

## JUDGMENT

Pursuant to an Order entered on July 10, 2015 (Doc. 205),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendants Chartres Grill, LLC, Uptown Grill of Destin, LLC, Grill Holdings, LLC, Rano, LLC, Hicham Khodr, Uptown Grill, LLC, K&L Investments, LLC, and Robert's Gumbo Shop, LLC and against Plaintiff Camellia Grill Holdings, Inc. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this 10th day of July, 2015.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**